

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER ON MOTION FOR REHEARING

Cause number:          01-11-00020-CR

Style:                 John Christopher Lo v. The State of Texas

Date motion filed:     November 28, 2011

Party filing motion:   Appellant


It is ordered that the motion for rehearing is **DENIED.**


Judge's signature: /s/ Terry Jennings
                   Acting for the Court


Panel consists of: Justices Jennings, Sharp, and Brown.

Justice Sharp, dissenting to the denied of rehearing.


Date:  October 1, 2012